UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**RECEIVED**
MAR 11 2013
AT 8:30_____M
WILLIAM T WALSH CLERK

MONTCLAIR STATE UNIVERSITY

    Plaintiff,

vs.

ORACLE USA, INC.

    Defendant.

Case No. 3:11-cv-02867-FLW-LHG

**STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE**

  IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, through their respective counsel of record, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action and all claims and counterclaims asserted in this action are dismissed with prejudice; and it is

  FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs; and it is

  FURTHER STIPULATED AND AGREED that a facsimile or electronic signature on this document shall have the same force and effect as an original signature.

Dated: March 8, 2013

**GIBBONS P.C.**
Attorneys for Plaintiff
Montclair State University

*s/ Christopher Walsh*
Christopher Walsh, Esq.

**SHEPPARD, MULLIN, RICHTER &
 HAMPTON, LLP**
Attorneys for Defendant
Oracle America, Inc.

*s/ Sean J. Kirby*
Sean J. Kirby, Esq.

So Ordered this 11th day of March, 2013.

_____
Freda L. Wolfson, U.S.D.J.